| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-3<br>Case 10-37247-rls<br>Northern District of Ohio<br>Toledo<br>Thu Jan  6 14:32:01 EST 2011 | United States Bankruptcy Court<br>1716 Spielbusch Ave<br>Toledo, OH 43604-5384 | ALLIED INTERSTATE<br>3000 CORPORATE EXCHANGE DR<br>FLOOR 5<br>Columbus OH 43231-7723 |
| BARCLAYS BANK<br>125 SOUTH WEST STREET<br>ATTN: CREDIT BUREAU<br>Wilmington DE 19801-5014 | CAPITAL BANK<br>INQUIRIES<br>PO BOX 30285<br>Salt Lake City UT 84130-0285 | CHASE<br>800 BROOKSEDGE BLVD<br>Columbus OH 43081-2822 |
| CHASE<br>INQUIRIES<br>PO BOX 15298<br>Wilmington DE 19850-5298 | CREDITORS RESOURCE SERV<br>1807 W DIEHL RD<br>PO BOX 3107<br>Naperville IL 60566-7107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| DIRECT MERCHANTS BANK<br>PO BOX 29468<br>Phoenix AZ 85038-9468 | GEMB/ LOWES<br>PO BOX 981400<br>C811<br>El Paso TX 79998-1400 | HOUSEHOLD BANK<br>12477 SW 69TH AVE<br>ATTN DISPUTE PROCESSING<br>Portland OR 97223-8517 |
| HSBC<br>6602 CONVOY CT<br>San Diego CA 92111-1009 | HSBC<br>PO BOX 5251<br>Carol Stream IL 60197-5251 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 |
| HSBC CARD SERVICES INQUIRIES<br>PO BOX 80084<br>Salinas CA 93912-0084 | JUNIPER BANK<br>PO BOX 13337<br>3337 PA 19101-3337 | MERRICK BANK<br>PO BOX 5721<br>Hicksville NY 11802-5721 |
| MERRICK BANK<br>PO BOX 9201<br>Old Bethpage NY 11804-9001 | MRS HUCKELS<br>10904 SYLVANIA METAMORA RD<br>Sylvania OH 43560 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| NATIONAL CITY BANK<br>PO BOX 94982  01-7114<br>Brecksville OH 44101-4982 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | PNC Bank<br>P.O. Box 5570<br>Cleveland OH 44101-0570 |
| SAFCU<br>6613 MAPLEWOOD AVE<br>Sylvania OH 43560-1936 | SAMS CLUB<br>PO BOX 981400<br>El Paso TX 79998-1400 | VISA<br>CUSTOMER SERVICE<br>PO BOX 30495<br>Tampa FL 33630-3495 |
| WELTMAN WEINBERG AND REIS<br>323 W LAKESIDE AVENUE #200<br>Cleveland OH 44113-1099 | David P Huckels<br>10904 Sylvania Metamora Road<br>Berkey, OH 43504-9742 | Deborah K Spychalski<br>PO Box 711<br>Toledo, OH 43697-0711 |

John P. Gustafson
Office of the Chapter 13 Trustee
316 N. Michigan St.
#501
Toledo, OH 43604-5666

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30