UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re:                                *      HON. RICHARD L. SPEER

David P. Huckels                      *      Chapter 13

                                      *

Debtor(s)                             *      Case No. 10-37247 S

## STIPULATED ORDER AMENDING CHAPTER 13 PLAN

Now comes John P. Gustafson, Standing Chapter 13 Trustee, Debtor(s) and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on 1/6/11

☐ The Chapter 13 Plan payment originally proposed in the amount of $_____ per month is hereby amended to
$_____ per month for the remaining ____ months of the ____ month plan.

☐ Fixed payments to the following creditors shall be amended:
   from              to
   from              to

☐ The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.

☐ $_____ from tax refunds for tax years ____ / 

☑ All tax refunds received by Debtor(s) for tax years ___2010,11,12,13,14__; shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year. The Debtor(s) agrees that no changes to the payroll withholdings will be made without the written permission of the Trustee.
☐ The percentage to the unsecured creditors shall be modified as tax refunds are received.

☐ The Chapter 13 plan originally proposed at a percentage of _____% is hereby increased to the percentage of ____%.

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS** __17th__ **day of** _____March_____, **2011.**

_/s/   Elizabeth A. Vaughan_
**Staff Attorney for the**
**Standing Chapter 13 Trustee**

_/s/   Deborah Spychalski_
**Attorney for Debtor(s)**

_/s/   David P. Huckels_
**Debtor**

_/s/_
**Debtor**

Dated: MAR 21 2011

IT IS SO ORDERED.

/S/ RICHARD L. SPEER
_____
**RICHARD L. SPEER**
**United States Bankruptcy Judge**