UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In Re   David P. Huckels                *   JUDGE RICHARD L. SPEER
        SSN: xxx-xx-5164
                                        *   Case No. 10-37247 S

                                        *

                                        *

Debtor

## ORDER CONFIRMING PLAN

The debtor's plan filed on October 26, 2010, as modified per Amended Plan filed January 6, 2011, and as further modified per Stipulated Order filed March 21, 2011, having been transmitted to creditors, and it having been determined after hearing on notice that the plan complies with the provisions of Chapter 13, and with all applicable provisions of Title 11 and that each requirement of 11 U.S.C. Section 1325(a) has been met **subject to the following requirements**;

**IT IS THEREFORE ORDERED** that the plan be, and it hereby is, Confirmed; it is further,

**ORDERED** that David P. Huckels remit monthly to: **JOHN P. GUSTAFSON-TRUSTEE, STANDING CHAPTER 13 TRUSTEE, P.O. Box 712284, Cincinnati, Ohio 45271-2284**, the sum of **$200.00** beginning immediately until he shall have paid to the Trustee the total moneys required to consummate the plan; it is further,

**ORDERED** that because tax refunds are an asset of the estate, **Debtor(s) shall submit all tax refunds for tax years 2010, 2011, 2012, 2013 and 2014 received during the pendency of this case by April 15th of each year to the Chapter 13 Trustee as additional plan payments**; it is further,

**ORDERED** that percentage to the unsecured creditors shall be modified as the tax refunds are received; it is further,

**ORDERED** that during the pendency of this case, debtor(s) shall timely file all tax returns **and submit a copy of same to the Chapter 13 Trustee by April 15th of each year** and pay any and all post-petition tax liabilities as required by law; it is further,

**ORDERED** that during the pendency of this case, Debtor(s) shall not amend his Employee Withholding Allowance Certificate (IRS Form W-4) without the prior consent of the Trustee and shall supply a copy of any amended or new Form W-4 to Trustee within ten (10) days of any such change; it is further,

**ORDERED** that upon the failure of the debtor to make any of the payments provided for by the plan and by this order that the proceedings be dismissed without notice to the debtor or his attorney; it is further,

**ORDERED** that this case shall be reviewed after nine months and each nine months thereafter to determine the feasibility of increasing the dividend to unsecured claims; **Debtor(s) shall submit amended I and J schedules upon each review**; it is further,

**ORDERED** that all creditors are enjoined from proceeding against the wages or other property of the debtor without prior permission from this Court; that debtor's employer is enjoined from honoring garnishments, levies, executions or attachments of any kind whatsoever against the wages or other property of the debtor during the pendency of this proceeding, the only exception being payroll deductions for court-ordered support and/or alimony payments; and the employer or debtor shall further immediately notify the Trustee of any termination or suspension of the debtor's employment; it is further,

**ORDERED** that all creditors are enjoined from commencing or continuing any civil action, or attempting in any manner whatsoever to collect all or any part of a consumer debt proposed to be paid under this plan from any individual that is liable on such debt with the debtor as endorser, guarantor or co-maker; it is further,

**ORDERED** that all creditors having mortgages on debtors' real estate shall recommence normal correspondence regarding the mortgage with the debtors as was their normal business practice prior to the commencement of this case, including the issuance of coupon books and/or monthly statements, yearly escrow analyses, 1099's, and any and all other correspondence that they would issue in the ordinary course of business, and relief is hereby granted to the extent necessary to comply with this order; it is further,

**ORDERED** that the Trustee disburse the moneys paid in, by or for the debtor under the plan in accordance with 11 U.S.C. Section 1326 and 1325(a)(5)(iii), and in the event of a conversion to another chapter or a dismissal of this case by the Court or by the debtors pursuant to 11 U.S.C. Section 1307, all funds remaining in the hands of the Trustee at the time of dismissal or conversion shall be paid to the Chapter 13 creditors pursuant to the terms of this confirmed plan; it is further,

**ORDERED** that the Trustee may cease making payment(s) on any claim that is the subject of an Objection, until such time as the Objection is resolved by a final Order. During the pendency of the Objection, the Trustee shall take reasonable steps to insure that there are funds in the estate available to pay the claim if it is allowed as filed and is otherwise properly payable pursuant to the Confirmed Plan and the priorities set forth in the Bankruptcy Code; it is further,

**ORDERED** that debtor shall maintain insurance coverage on all property, both real and personal, during the pendency of this plan; it is further,

**ORDERED that upon Debtor's failure to timely comply with any provision set forth in this Order, this case may be dismissed without further notice to Debtor(s) or Debtor's attorney upon the submission of an affidavit of default** by the Trustee; it is further,

**ORDERED** that debtor shall not incur additional debt exceeding $1000.00 in the aggregate without the consent of the Trustee; it is further,

**ORDERED** that debtor shall inform the Trustee of any changes in circumstances or additional income received, and shall further comply with any requests of the Trustee with respect to additional financial information; it is further,

**ORDERED** that the administrative expenses of the Trustee shall be paid in full pursuant to 11 U.S.C. Section 503(b), 507(a)(1)(C), 1326(b)(2) and 28 U.S.C. Section 586(e)(1)(B).

Dated: **MAR 2 8 2011**

/S/ RICHARD L. SPEER
**RICHARD L. SPEER**
U.S. Bankruptcy Judge

Certificate of Service List

David P. Huckels
Debtor

Deborah K. Spychalski
Attorney for Debtor

John P. Gustafson
Standing Chapter 13 Trustee

United States Trustee

```
                         United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                       Case No. 10-37247-rls
David P Huckels                                              Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0647-3          User: sheym                Page 1 of 1       Date Rcvd: Mar 28, 2011
                              Form ID: pdf703            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
db           +David P Huckels,    10904 Sylvania Metamora Road,    Berkey, OH 43504-9742
cr            eCAST Settlement Corporation,    POB 29262,   New York, NY  10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011**                  **Signature:** *Joseph Speetjens*